IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **JOSH SANFORD**, on behalf of himself and those similarly situated | | **PLAINTIFF** |
| v. | Case No. 4:23-cv-00791-KGB | |
| **THE SUMBLES TEAM, INC.,** d/b/a **KELLER WILLIAMS** | | **DEFENDANT** |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 8). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A). For good cause shown, the Court adopts the stipulation of dismissal and dismisses the action with prejudice.

So ordered this the 23rd day of October, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge